IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Gerard Wilson,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Wal-Mart Stores, Inc., Wal-Mart, Inc., Wal-Mart Associates, Inc., and Wal-Mart Stores East, LP,<br><br>　　　　　Defendants. | Civil Action No.: 2:23-cv-01156-DCN<br><br>**NOTICE OF REMOVAL** |

Defendants Wal-Mart Stores, Inc., Wal-Mart, Inc., Wal-Mart Associates, Inc., and Wal-Mart Stores East, LP (hereinafter, collectively, "Defendants" or "Walmart"), file this Notice of Removal of the above-titled action from the Court of Common Pleas of Charleston County, South Carolina, to the United States District Court for the District of South Carolina, Charleston Division, pursuant to 28 U.S.C. § 1441.

**GROUNDS FOR REMOVAL**

1.　The above-titled action was instituted by the Plaintiff against the Defendants by service of a Summons and Complaint that was filed on December 15, 2022, in the Charleston County Court of Common Pleas and served on Defendants via their registered agent, CT Corporation, on February 21, 2023. The action is currently pending in the Court of Common Pleas for Charleston County, South Carolina, Case No. 2022-CP-10-05760. No further proceedings have been filed and the Summons, Complaint, Plaintiff's discovery requests attached to the Complaint, and an Affidavit of Service constitute all process, pleadings, or orders properly served in this action. A copy of the entire contents of the Charleston County file in the State Court Action

is attached hereto as Exhibit 1, pursuant to 28 U.S.C. § 1446(a). This Notice of Removal is being filed within thirty (30) days of the date of service on Defendants pursuant to 28 U.S.C. § 1446(b).

2.     There is jurisdiction over this removed action pursuant to 28 U.S.C. § 1441 because Plaintiff could have originally filed the action in this Court pursuant to 28 U.S.C. § 1332. Specifically, this suit is removable because there is complete diversity of citizenship between the Plaintiff and Defendants and based upon Plaintiff's claimed injuries and damages as set forth in her Complaint, the amount in controversy in this action exceeds Seventy-Five Thousand and 00/100 Dollars ($75,000.00), exclusive of interests and costs. Counsel for Plaintiff has also communicated to counsel for Defendants that Plaintiff intends to seek damages in excess of $75,000.00.

3.     In his Complaint, Plaintiff alleges that he is a citizen and resident of Charleston County, South Carolina. (Compl. ¶ 1).  Plaintiff's Complaint further alleges that Defendants are Delaware corporations, however, Defendants Wal-Mart Stores, Inc., Wal-Mart, Inc., and Wal-Mart Associates, Inc. are improperly named parties. (Compl. ¶ 2-5). The proper corporate defendant, Wal-Mart Stores East, LP, which was the operator of the subject store at all times relevant to the present action, is a corporate entity organized and existing under the laws of a state other than South Carolina and having its principal place of business in a state other than South Carolina.  Specifically, pursuant to 28 U.S.C. § 1332(c)(1), Wal-Mart Stores East, L.P. is a citizen of both Delaware and Arkansas, as it is a Delaware limited partnership with its principal place of business in Arkansas.  Therefore, there is complete diversity of citizenship as to the parties of this action.

5.     Based upon the allegations of Plaintiff's Complaint, the amount in controversy in this matter exceeds the sum of Seventy-Five Thousand 00/100 Dollars ($75,000.00), exclusive of

interest and costs, and said action is one over which the District Court of the United States has original jurisdiction under 28 U.S.C. § 1332 for the reasons set forth above.

6. Defendants provided counsel for Plaintiff written notice of the removal of this action and will provide a copy of the filed Notice of Removal to the Clerk of Court for Charleston County, as required by 28 U.S.C. § 1446(d).

7. Defendants file this Notice of Removal within thirty (30) days of the receipt of Plaintiff's Complaint in the state court action, which was the first pleading received by Defendants setting forth the claims for relief upon which this action is based.

WHEREFORE, Defendants respectfully submit this Notice of Removal.

*s/Emmanuel J. Ferguson, Sr.*
Robert C. Blain, Federal ID No. 11470
Emmanuel J. Ferguson, Sr., Federal ID No. 11941
**GAFFNEYLEWIS LLC**
3700 Forest Drive, Suite 400
Columbia, South Carolina 29204
Phone: (803) 790-8838
rblain@gaffneylewis.com
eferguson@gaffneylewis.com

March 23, 2023            *Attorneys for Defendants*